UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

WILLIAM MOSLEY, 739875,

        Petitioner,

v.

LLOYD RAPELJE,

        Respondent(s).
_____/

Case No.  12-13235

Judge  Gerald E. Rosen

Magistrate Judge  Charles E. Binder

ORDER REQUIRING RESPONSIVE PLEADING

      The petition for a writ of habeas corpus has been examined. It is not subject to summary dismissal under Rule 4, Rules Governing Section 2254 Cases.

      **IT IS ORDERED** that the Clerk of the Court serve a copy of the petition and a copy of this Order on Respondent and on the Attorney General for the State of Michigan **by first class mail** as provided in Rule 4.

      **IT IS FURTHER ORDERED** that Respondent file a response to the petition in accordance with Rule 5, Rules Governing Section 2254 Cases by  JANUARY 28, 2013  . Petitioner shall have **45 days** from the date of the responsive pleading to submit a reply.

      **IT IS FURTHER ORDERED** that, as part of the response, Respondent shall file with the Clerk a copy of the relevant transcripts, the relevant appellate briefs submitted by Petitioner and the prosecution, and the state appellate opinions and orders as required by Rule 5. A separate index listing the materials being submitted shall also be filed.

Date:  July 24, 2012

s/R. Steven Whalen
R. Steven Whalen
United States Magistrate Judge

---

Certificate of Service

      I certify that, on the date indicated below, I arranged for service as provided above, and I mailed a copy of this Order to Petitioner.

Date:  July 24, 2012

s/EBrown
Deputy Clerk