UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM MOSLEY, 739875,

    Petitioner,

v.

LLOYD RAPELJE,

    Respondent.

CASE NO. 2:12-CV-13235

HON. GERALD E. ROSEN

MAG. CHARLES E. BINDER

### Notice of Filing Rule 5 Materials
### Index of Record
### Certificate of Service
### Notice

TO:    WILLIAM MOSLEY #739875
IONIA MAX CORRECTIONAL FACILITY
1576 W. BLUEWATER HIGHWAY
IONIA MI 48846

PLEASE TAKE NOTICE that a copy of Rule 5 Material is being served upon the Clerk of the United States District Court for the Eastern District of Michigan, Southern Division, as set forth in the attached Index of Record.

Respectfully submitted,

BILL SCHUETTE
Attorney General

s/Linus Banghart-Linn

Assistant Attorney General
Appellate Division
P.O. Box 30217
Lansing, MI  48909
(517) 373-4875
Banghart-linnl@michigan.gov
P73230

Dated: January 29, 2013

# Index of Record
2:12-CV-13235

1. Wayne County Docket Sheet

2. 12-18-2008 Transcript

3. 02-12-2009 Transcript

4. 04-01-2009 Transcript

5. 07-31-2009 Transcript

6. 08-03-2009 Transcript

7. 08-04-2009 Transcript

8. 08-05-2009 Transcript

9. 08-06-2009 Transcript

10. 08-10-2009 Transcript

11. 08-11-2009 Transcript

12. 09-09-2009 Transcript

13. 10-30-2009 Transcript

14. Michigan Court of Appeals 296269

15. Michigan Supreme Court 143247

## Certificate of Service

I hereby certify that on January 29, 2013, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

> HONORABLE GERALD E. ROSEN
> MAGISTRATE JUDGE CHARLES E. BINDER

and I hereby certify that Aimee L. Nelson has mailed by United States Postal Service the papers to the following non-ECF participant:

> WILLIAM MOSLEY #739875
> IONIA MAX CORRECTIONAL FACILITY
> 1576 W. BLUEWATER HIGHWAY
> IONIA MI 48846

BILL SCHUETTE
Attorney General

s/Linus Banghart-Linn

Assistant Attorney General
Appellate Division
P.O. Box 30217
Lansing, MI  48909
(517) 373-4875
Banghart-linnl@michigan.gov
P73230