THIRD JUDICIAL CIRCUIT OF MICHIGAN
# REGISTER OF ACTIONS
CASE NO. 09-007942-01-FC

State of Michigan v William Marshall Mosley

*A6#-201200197'5*
*File Send*

| | |
|---|---|
| Location: | Criminal Division |
| Judicial Officer: | Fresard, Patricia S. |
| Filed on: | 04/01/2009 |
| Case Number History: | 08063923-01 |
| | 08719421-01 |
| Case Tracking Number: | 08719421-01 |
| CRISNET/Incident No.: | ???? |

## CASE INFORMATION

| | Offense | Deg | Date |
|---|---|---|---|
| 1. | Homicide - Murder First Degree - Premeditated | . | 04/01/2009 |
| 2. | Homicide - Murder - Second Degree | . | 08/11/2009 |
| 3. | Homicide - Felony Murder | . | 04/01/2009 |
| 4. | Carjacking | . | 08/26/2008 |
| | Arrest: 08/26/2008   DPHOM - Detroit Pd Homicide | | |
| 5. | Robbery - Armed | . | 08/26/2008 |
| | Arrest: 08/26/2008   DPHOM - Detroit Pd Homicide | | |
| 6. | Police Officer - Assaulting/resisting/obstructing | . | 08/26/2008 |
| | *Filed As:* Police Officer - Assaulting/resisting/obstructingcausing Injury | . | 08/29/2008 |
| | Arrest: 08/26/2008   DPHOM - Detroit Pd Homicide | | |
| 7. | Police Officer - Assaulting/resisting/obstructing | . | 08/26/2008 |
| | Arrest: 08/26/2008   DPHOM - Detroit Pd Homicide | | |
| 8. | Police Officer - Fleeing - Fourth Degree -penal Code | . | 08/26/2008 |
| | Arrest: 08/26/2008   DPHOM - Detroit Pd Homicide | | |
| 9. | Weapons Felony Firearm | . | 08/26/2008 |
| | Arrest: 08/26/2008   DPHOM - Detroit Pd Homicide | | |
| 10. | Assault With Intent to Murder | . | 08/16/2008 |
| | Arrest: 08/16/2008   DPHOM - Detroit Pd Homicide | | |

| | |
|---|---|
| Case Type: | **Capital Felonies** |
| Case Status: | **09/09/2009   Final** |
| Case Flags: | **Case has PDF Electronic Transcripts** |

**Statistical Closures**
08/11/2009   Jury Verdict

**Warrants**
Failure To Appear  - Mosley, William Marshall (Judicial Officer: Lockhart, Steve )
08/28/2008   3:39 PM   Warrant Cancelled/Recalled (LC)
08/20/2008                   Issued - Warrant Was Recommended And Signed.
Fine: $0                       Bond: $0

Failure To Appear  - Mosley, William Marshall (Judicial Officer: Barthwell, Sidney, Jr. )
08/28/2008                   Warrant Cancelled/Recalled (LC)
Fine: $0                       Bond: $0

## PARTY INFORMATION

|   |   |   |
|---|---|---|
|   |   | *Lead Attorneys* |
| **Plaintiff** | State of Michigan | **Braxton, David**<br>(313) 224-6304(W) |
| **Defendant** | **Mosley, William Marshall**<br>*Black   Male*<br>*Other Agency Number: 667748 Detroit Police Identification Number* | **Price, Terry A.**<br>*Court Appointed*<br>(248) 912-8107(W) |
| **Appellate** | Leithauser, Neil J. | |

# THIRD JUDICIAL CIRCUIT OF MICHIGAN
## REGISTER OF ACTIONS
### CASE NO. 09-007942-01-FC

**Attorney**

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 08/20/2008 | Recommendation for Warrant | |
| 08/20/2008 | Warrant Signed | |
| 08/28/2008 | **Arraignment on Warrant** (Judicial Officer: Barthwell, Sidney, Jr.)<br>*Defendant Stands Mute; Plea Of Not Guilty Entered By Court* | |
| 08/28/2008 | **Plea** (Judicial Officer: Barthwell, Sidney, Jr.)<br>10. Assault With Intent to Murder<br>Defendant Stand Mute: Plea of Not Guilty Entered by Court | |
| 08/28/2008 | **Plea** (Judicial Officer: Barthwell, Sidney, Jr.)<br>4. Carjacking<br>Defendant Stand Mute: Plea of Not Guilty Entered by Court | |
| 08/28/2008 | **Plea** (Judicial Officer: Barthwell, Sidney, Jr.)<br>5. Robbery - Armed<br>Defendant Stand Mute: Plea of Not Guilty Entered by Court | |
| 08/28/2008 | **Plea** (Judicial Officer: Barthwell, Sidney, Jr.)<br>6. Police Officer - Assaulting/resisting/obstructingcausing Injury<br>Defendant Stand Mute: Plea of Not Guilty Entered by Court | |
| 08/28/2008 | **Plea** (Judicial Officer: Barthwell, Sidney, Jr.)<br>7. Police Officer - Assaulting/resisting/obstructing<br>Defendant Stand Mute: Plea of Not Guilty Entered by Court | |
| 08/28/2008 | **Plea** (Judicial Officer: Barthwell, Sidney, Jr.)<br>9. Weapons Felony Firearm<br>Defendant Stand Mute: Plea of Not Guilty Entered by Court | |
| 08/28/2008 | **Interim Condition for Mosley, William Marshall** (Judicial Officer: Barthwell, Sidney, Jr.)<br>- Cash or Surety<br>$100,000.00 | |
| 09/09/2008 | *CANCELED* **Preliminary Examination**<br>*Adjourned:At The Request Of The Prosecution* | |
| 09/09/2008 | Motion for a Continuance Filed/Signed | |
| 09/22/2008 | *CANCELED* **Preliminary Examination**<br>*Adjourned:At The Request Of The Prosecution* | |
| 09/22/2008 | Motion for a Continuance Filed/Signed | |
| 10/17/2008 | *CANCELED* **Preliminary Examination**<br>*Adjourned at the Request of the Defense* | |
| 10/17/2008 | Motion for a Continuance Filed/Signed | |
| 11/17/2008 | *CANCELED* **Preliminary Examination** | |

THIRD JUDICIAL CIRCUIT OF MICHIGAN
# REGISTER OF ACTIONS
## CASE NO. 09-007942-01-FC

*Adjourned: At The Request Of The Prosecution*

| | |
|---|---|
| 11/17/2008 | Motion for a Continuance Filed/Signed |
| 12/05/2008 | **CANCELED Preliminary Examination** <br> *Adjourned: At The Request Of The Prosecution* |
| 12/05/2008 | Motion for a Continuance Filed/Signed |
| 12/18/2008 | **Preliminary Examination** (Judicial Officer: Hayes, Beverly J) <br> *In Progress* |
| 12/18/2008 | Motion to Assign Counsel Filed/Signed |
| 12/18/2008 | Motion for Discovery Signed and Filed |
| 02/02/2009 | **Preliminary Examination** (Judicial Officer: Hayes, Beverly J) <br> *In Progress* |
| 02/02/2009 | Motion to Assign Counsel Filed/Signed |
| 02/02/2009 | Motion for a Continuance Filed/Signed |
| 02/12/2009 | **Preliminary Examination** (Judicial Officer: Hayes, Beverly J) <br> *In Progress* |
| 02/12/2009 | Motion to Assign Counsel Filed/Signed |
| 03/11/2009 | **Preliminary Examination** (Judicial Officer: Hayes, Beverly J) <br> *In Progress* |
| 03/11/2009 | Motion to Assign Counsel Filed/Signed |
| 03/11/2009 | **Interim Condition for Mosley, William Marshall** (Judicial Officer: Hayes, Beverly J) <br> - Cash or Surety <br> $100,000.00 |
| 03/12/2009 | **CANCELED Preliminary Examination** <br> *D36 Scheduled Hearing Cancellation* |
| 04/01/2009 | **Preliminary Examination** (Judicial Officer: Hayes, Beverly J) <br> *Held: Bound Over* |
| 04/01/2009 | **Disposition** (Judicial Officer: Hayes, Beverly J) <br> 10. Assault With Intent to Murder <br> Dismissed |
| 04/01/2009 | Motion to Assign Counsel Filed/Signed |
| 04/01/2009 | **Interim Condition for Mosley, William Marshall** (Judicial Officer: Hayes, Beverly J) <br> - Remand <br> $0.00 |
| 04/01/2009 | Bound Over |
| 04/01/2009 | Order For Production Of Exam Transcript Signed and Filed |

*49 pages*

THIRD JUDICIAL CIRCUIT OF MICHIGAN
# REGISTER OF ACTIONS
### CASE NO. 09-007942-01-FC

*Andrea Marszalek, 12-18-08, 0+1*

| | |
|---|---|
| 04/01/2009 | Order For Production Of Exam Transcript Signed and Filed<br>*Cheryl Peterson, 3-11-09, 0+1* |
| 04/08/2009 | **Arraignment On Information** (Judicial Officer: Fresard, Patricia S.)<br>Resource: Court Rpt/Rec  2509  Dreger, Matthew<br>Resource: Courtroom Clerk  C5944  Mendoza, Yolanda<br>*Held* |
| 04/08/2009 | **Disposition Conference** (Judicial Officer: Fresard, Patricia S.)<br>Resource: Court Rpt/Rec  2509  Dreger, Matthew<br>Resource: Courtroom Clerk  C5944  Mendoza, Yolanda<br>*Held* |
| 04/08/2009 | **Calendar Conference** (Judicial Officer: Fresard, Patricia S.)<br>Resource: Court Rpt/Rec  2509  Dreger, Matthew<br>Resource: Courtroom Clerk  C5944  Mendoza, Yolanda<br>*Held* |
| 04/08/2009 | Scheduled AOI |
| 05/15/2009 | **Final Conference** (Judicial Officer: Fresard, Patricia S.)<br>Resource: Court Rpt/Rec  2509  Dreger, Matthew<br>Resource: Courtroom Clerk  C5951  Smith, Michelle<br>*Held* |
| 05/18/2009 | **Pre-Trial** (Judicial Officer: Fresard, Patricia S.)<br>Resource: Court Rpt/Rec  2509  Dreger, Matthew<br>Resource: Courtroom Clerk  C5944  Mendoza, Yolanda<br>*In Progress* |
|     05/18/2009 | Motion (Judicial Officer: Fresard, Patricia S. )<br>*to Adjourn Trial (by both counsel)* |
|         05/18/2009 | Heard And Granted - Order Signed and Filed<br>(Judicial Officer: Fresard, Patricia S. ) |
| 06/05/2009 | **Pre-Trial** (Judicial Officer: Fresard, Patricia S.)<br>Resource: Court Rpt/Rec  2509  Dreger, Matthew<br>Resource: Courtroom Clerk  C5944  Mendoza, Yolanda<br>*In Progress* |
| 07/10/2009 | **Pre-Trial** (Judicial Officer: Fresard, Patricia S.)<br>Resource: Court Rpt/Rec  2509  Dreger, Matthew<br>Resource: Courtroom Clerk  C5944  Mendoza, Yolanda<br>*Adjourned at the Request of the Defense* |
|     07/10/2009 | Appearance By A Retained Attorney Filed (Judicial Officer: Fresard, Patricia S. )<br>*Kevin Bessant, to assist court-appointed counsel* |
| 07/17/2009 | **Motion Hearing** (Judicial Officer: Fresard, Patricia S.)<br>Resource: Court Rpt/Rec  2509  Dreger, Matthew<br>Resource: Courtroom Clerk  C5944  Mendoza, Yolanda<br>*Adjourned at the Request of the Defense* |
| 07/28/2009 | **Motion Hearing** (Judicial Officer: Fresard, Patricia S.) |

|  |  |  |
|---|---|---|
|  | Resource: Court Rpt/Rec 2509 Dreger, Matthew | |
|  | Resource: Courtroom Clerk C5944 Mendoza, Yolanda | |
|  | *Adjourned at the Request of the Defense* | |
| 07/31/2009 | **Motion Hearing** (Judicial Officer: Fresard, Patricia S.) | |
|  | Resource: Court Rpt/Rec 2509 Dreger, Matthew | |
|  | Resource: Courtroom Clerk C5944 Mendoza, Yolanda | |
|  | *Held* | |
|  | 07/31/2009 | Motion (Judicial Officer: Fresard, Patricia S. ) |
|  |  | *to Admit Dying Declaration* |
|  | 07/31/2009 | Heard And Granted - Order Signed and Filed (Judicial Officer: Fresard, Patricia S. ) |
| 08/03/2009 | **Jury Trial** (Judicial Officer: Fresard, Patricia S.) | |
|  | Resource: Court Rpt/Rec 2509 Dreger, Matthew | |
|  | Resource: Courtroom Clerk C5944 Mendoza, Yolanda | |
|  | *Minutes Comment: Jury selection held (Clerk: Mendoza, Y Date: 08-03-09)* | |
|  | *In Progress* | |
| 08/03/2009 | Motion For A Walker Hearing (Confession) | |
|  | 08/03/2009 | **Evidentiary Hearing** (Judicial Officer: Fresard, Patricia S.) |
|  |  | Resource: Court Rpt/Rec 2509 Dreger, Matthew |
|  |  | Resource: Courtroom Clerk C5944 Mendoza, Yolanda |
|  |  | *Walker Hrg* |
|  |  | *Held* |
|  | 08/03/2009 | Motion to Suppress (Judicial Officer: Fresard, Patricia S. ) |
|  |  | *Statement* |
|  | 08/03/2009 | Heard And Denied - Order Signed and Filed (Judicial Officer: Fresard, Patricia S. ) |
|  | 08/03/2009 | Motion (Judicial Officer: Fresard, Patricia S. ) |
|  |  | *for Stay of Proceedings to Appeal Court's Decision on Dying Declaration and Motion to Suppress Statement* |
|  | 08/03/2009 | Heard And Denied - Order Signed and Filed (Judicial Officer: Fresard, Patricia S. ) |
| 08/03/2009 | Order For Production Of Transcript (Judicial Officer: Fresard, Patricia S. ) | |
|  | *Excerpt of Hearings held on July 31, 2009 and Aug 3, 2009 by Reporter Matthew Dreger* | |
| 08/04/2009 | **Jury Trial in Progress** (Judicial Officer: Fresard, Patricia S.) | |
|  | Resource: Court Rpt/Rec 4477 Kinsey, Suzanne | |
|  | Resource: Courtroom Clerk C5944 Mendoza, Yolanda | |
|  | *In Progress* | |
| 08/05/2009 | **Jury Trial in Progress** (Judicial Officer: Fresard, Patricia S.) | |
|  | Resource: Court Rpt/Rec 2509 Dreger, Matthew | |
|  | Resource: Courtroom Clerk C5944 Mendoza, Yolanda | |
|  | *In Progress* | |
|  | 08/05/2009 | Order For Production Of Transcript (Judicial Officer: Fresard, |

|  |  |  |
|---|---|---|
|  | Patricia S. ) | |
|  | *Excerpt of hearing held on 8/3/09 by Reporter Matthew Dreger* | |
| 08/06/2009 | **Jury Trial in Progress** (Judicial Officer: Fresard, Patricia S.) | |
|  | Resource: Court Rpt/Rec 2509 Dreger, Matthew | |
|  | Resource: Courtroom Clerk C5944 Mendoza, Yolanda | |
|  | *In Progress* | |
| 08/10/2009 | **Jury Trial in Progress** (Judicial Officer: Fresard, Patricia S.) | |
|  | Resource: Court Rpt/Rec 6695 Pickett, Doreen | |
|  | Resource: Courtroom Clerk C5944 Mendoza, Yolanda | |
|  | *In Progress* | |
|  | 08/10/2009 | Motion |
|  |  | *to Amend Count 5 to Assault/Resist/Obstruct P.O.* |
|  | 08/10/2009 | Heard And Granted - Order Signed and Filed (Judicial Officer: Fresard, Patricia S. ) |
| 08/11/2009 | **Jury Trial in Progress** (Judicial Officer: Fresard, Patricia S.) | |
|  | Resource: Court Rpt/Rec 6695 Pickett, Doreen | |
|  | Resource: Courtroom Clerk C5944 Mendoza, Yolanda | |
|  | *Held* | |
|  | 08/11/2009 | Found Guilty By Jury (Judicial Officer: Fresard, Patricia S. ) |
|  | 08/11/2009 | **Disposition** (Judicial Officer: Fresard, Patricia S.) |
|  |  | 4. Carjacking |
|  |  |    Found Guilty by Jury |
|  |  | 5. Robbery - Armed |
|  |  |    Found Guilty by Jury |
|  |  | 6. Police Officer - Assaulting/resisting/obstructing |
|  |  |    Found Guilty by Jury |
|  |  | 7. Police Officer - Assaulting/resisting/obstructing |
|  |  |    Found Guilty by Jury |
|  |  | 8. Police Officer - Fleeing - Fourth Degree -penal Code |
|  |  |    Found Guilty by Jury |
|  |  | 9. Weapons Felony Firearm |
|  |  |    Found Guilty by Jury |
|  |  | 1. Homicide - Murder First Degree - Premeditated |
|  |  |    Not Guilty - Found Guilty of Lesser Offense |
|  |  | 3. Homicide - Felony Murder |
|  |  |    Found Guilty by Jury |
|  |  | 2. Homicide - Murder - Second Degree |
|  |  |    Found Guilty by Jury |
|  | 08/11/2009 | Refer to Probation For Pre-Sentence Report (Judicial Officer: Fresard, Patricia S. ) |
|  | 08/11/2009 | Order For DNA Sample (Judicial Officer: Fresard, Patricia S. ) |
| 09/09/2009 | **Sentencing** (Judicial Officer: Fresard, Patricia S.) | |
|  | Resource: Court Rpt/Rec 2509 Dreger, Matthew | |
|  | Resource: Courtroom Clerk C5944 Mendoza, Yolanda | |
|  |    *09/03/2009*   Reset by Court to 09/09/2009 | |
|  | *Held* | |
|  | 09/09/2009 | **Sentence** (Judicial Officer: Fresard, Patricia S.) |

|            |                                                                                                                                                                                                                                                                                                             |
|------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            | 2. Homicide - Murder - Second Degree<br>　　Prison Sentence<br>　　　SGL Range (Minimum 130 Months, Maximum 300 Months)<br>　　State Confinement:<br>　　　Agency: Michigan Department of Corrections<br>　　　Effective 09/09/2009<br>　　　Term: 25 Yr to 45 Yr<br>　　Consecutive, Count Felony Firearm |
| 09/09/2009 | **Sentence** (Judicial Officer: Fresard, Patricia S.)<br>3. Homicide - Felony Murder<br>　　Prison Sentence<br>　　State Confinement:<br>　　　Agency: Michigan Department of Corrections<br>　　　Effective 09/09/2009<br>　　　Term: Natural Life<br>　　Consecutive, Count Felony Firearm |
| 09/09/2009 | **Sentence** (Judicial Officer: Fresard, Patricia S.)<br>4. Carjacking<br>　　Prison Sentence<br>　　State Confinement:<br>　　　Agency: Michigan Department of Corrections<br>　　　Effective 09/09/2009<br>　　　Term: 20 Yr to 45 Yr<br>　　Consecutive, Count Felony Firearm |
| 09/09/2009 | **Sentence** (Judicial Officer: Fresard, Patricia S.)<br>5. Robbery - Armed<br>　　Prison Sentence<br>　　State Confinement:<br>　　　Agency: Michigan Department of Corrections<br>　　　Effective 09/09/2009<br>　　　Term: 10 Yr to 30 Yr<br>　　Consecutive, Count Felony Firearm |
| 09/09/2009 | **Sentence** (Judicial Officer: Fresard, Patricia S.)<br>6. Police Officer - Assaulting/resisting/obstructing<br>　　Prison Sentence<br>　　State Confinement:<br>　　　Agency: Michigan Department of Corrections<br>　　　Effective 09/09/2009<br>　　　Term: 1 Yr to 2 Yr<br>　　Consecutive, Count Felony Firearm<br>7. Police Officer - Assaulting/resisting/obstructing<br>　　Prison Sentence<br>　　State Confinement:<br>　　　Agency: Michigan Department of Corrections<br>　　　Effective 09/09/2009<br>　　　Term: 1 Yr to 2 Yr<br>　　Consecutive, Count Felony Firearm |
| 09/09/2009 | **Sentence** (Judicial Officer: Fresard, Patricia S.)<br>8. Police Officer - Fleeing - Fourth Degree -penal Code<br>　　Prison Sentence<br>　　State Confinement:<br>　　　Agency: Michigan Department of Corrections<br>　　　Effective 09/09/2009<br>　　　Term: 1 Yr to 5 Yr<br>　　Consecutive, Count Felony Firearm |

# THIRD JUDICIAL CIRCUIT OF MICHIGAN
# REGISTER OF ACTIONS
## CASE NO. 09-007942-01-FC

| | | | |
|---|---|---|---|
| 09/09/2009 | Sentence (Judicial Officer: Fresard, Patricia S.) <br>    9. Weapons Felony Firearm <br>      Prison Sentence <br>      State Confinement: <br>         Agency: Michigan Department of Corrections <br>         Effective 09/09/2009 <br>         Term: 2 Yr to 2 Yr <br>         Credit for Time Served: 391 Days <br>    Fee Totals: | | |
| |      - Crime Victims Fee - (FEL) | 60.00 | |
| |      - State Minimum Cost (FEL) | 544.00 | |
| |      Court Costs | 600.00 | |
| |    Fee Totals $ | 1,204.00 | |
| 09/09/2009 | Victims Rights Fee Signed and Filed (Judicial Officer: Fresard, Patricia S.) | | |
| 09/09/2009 | Order To Pay Court Costs Signed and Filed (Judicial Officer: Fresard, Patricia S.) | | |
| 09/09/2009 | Sentenced to Prison (Judicial Officer: Fresard, Patricia S.) | | |
| 10/02/2009 | Motion For A New Trial | | |
| 10/09/2009 | **Post Conviction** (Judicial Officer: Fresard, Patricia S.) <br>    Resource: Court Rpt/Rec 2509 Dreger, Matthew <br>    Resource: Courtroom Clerk C5944 Mendoza, Yolanda <br>    *Adjourned at the Request of the Defense* | | |
| 10/09/2009 | Writ Of Habeas Corpus (Judicial Officer: Fresard, Patricia S.) | | |
| 10/30/2009 | **Post Conviction** (Judicial Officer: Fresard, Patricia S.) <br>    Resource: Court Rpt/Rec 2509 Dreger, Matthew <br>    Resource: Courtroom Clerk C5983 Carter, Cynthia <br>      ***10/23/2009 Reset by Court to 10/30/2009*** <br>    *Held* | | |
| 10/30/2009 | Motion For A New Trial (Judicial Officer: Fresard, Patricia S.) | | |
| 10/30/2009 | Heard And Denied (Judicial Officer: Fresard, Patricia S.) | | |
| 01/29/2010 | Appointment for Claim of Appeal (Circuit) <br> *neil leithauser appt'd* | | |
| 01/29/2010 | Order For Production Of Trial And Sentence Transcript <br> *matthew dreger, se 9/09/09 pc 10-30-09 jt 7/31;8/3,5,6/09* | | |
| 01/29/2010 | Stenographer Certificate Required <br> *Matthew Dreger* | | |
| 03/31/2010 | Notice of Transcript Filed <br> *Matthew Dreger;7-31,8-3,5,6,9-9,10-30-09;E\*\** | | *Vol./Book 6 513 pages* |
| 01/29/2010 | Order For Production Of Trial Transcript <br> *suzanne kinsey, jt 8/4/09* | | |

# THIRD JUDICIAL CIRCUIT OF MICHIGAN
## REGISTER OF ACTIONS
### CASE NO. 09-007942-01-FC

| Date | Action | Vol./Pages |
|---|---|---|
| 01/29/2010 | Stenographer Certificate Required<br>*Suzanne Kinsey* | |
| 03/11/2010 | Notice of Transcript Filed<br>*Suzanne Kinsey;08-04-09;E*** | Vol./Book 1 137 pages |
| 01/29/2010 | Order For Production Of Trial Transcript<br>*doreen pickett, jt 8/10/09* | |
| 01/29/2010 | Stenographer Certificate Required<br>*Doreen Pickett* | |
| 04/28/2010 | Notice of Transcript Filed<br>*Doreen Pickett;08-10-09;E*** | Vol./Book 1 106 pages |
| 02/04/2010 | Stenographers Certificate Filed<br>*Susanne Kinsey* | |
| 02/08/2010 | Stenographers Certificate Filed<br>*Matthew Dreger* | |
| 02/12/2010 | Stenographers Certificate Filed<br>*Doreen Pickett* | |
| 05/13/2010 | Order For Production Of Trial Transcript<br>*doreen pickett, jt 8/11/09* | |
| 05/13/2010 | Stenographer Certificate Required<br>*Doreen Pickett* | |
| 05/17/2010 | Stenographers Certificate Filed<br>*Doreen Pickett* | |
| 05/14/2010 | Notice of Transcript Filed<br>*Doreen Pickett;08-11-09;E*** | Vol./Book 1 8 pages |
| 07/26/2010 | Appellant Brief Due/Filed<br>*Brief filed* | |
| 09/26/2011 | Application For Leave To Appeal (Circuit)<br>*DENIED* | |

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **Defendant** Mosley, William Marshall | |
| | Total Charges | 1,324.00 |
| | Total Payments and Credits | 1,047.84 |
| | **Balance Due as of 12/17/2012** | **276.16** |
| 09/09/2009 | Charge | Defendant Mosley, William Marshall | 1,204.00 |
| 11/06/2009 | Charge | Defendant Mosley, William Marshall | 120.00 |
| 07/20/2010 | Mail Payment   Receipt # 2010-18377 | Defendant Mosley, William Marshall | (125.00) |
| 10/08/2010 | Mail Payment   Receipt # 2010-24663 | Defendant Mosley, William Marshall | (200.00) |
| 01/05/2011 | Mail Payment   Receipt # 2011-00163 | Defendant Mosley, William Marshall | (127.14) |
| 02/01/2011 | Mail Payment   Receipt # 2011-02281 | Defendant Mosley, William Marshall | (122.56) |
| 03/15/2011 | Mail Payment   Receipt # 2011-06002 | Defendant Mosley, William Marshall | (127.62) |

# THIRD JUDICIAL CIRCUIT OF MICHIGAN
## REGISTER OF ACTIONS
### CASE NO. 09-007942-01-FC

| Date | Action | Receipt | Party | Amount |
|---|---|---|---|---|
| 05/19/2011 | Mail Payment | Receipt # 2011-11406 | Defendant Mosley, William Marshall | (140.52) |
| 08/18/2011 | Mail Payment | Receipt # 2011-17837 | Defendant Mosley, William Marshall | (105.00) |
| 11/21/2011 | Mail Payment | Receipt # 2011-24594 | Defendant Mosley, William Marshall | (100.00) |